IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| 15375 MEMORIAL CORPORATION, et al., | : | Case No. 06-10859 (KG) |
| Debtors. | : | Jointly Administered |

## ORDER SETTING SCHEDULE WITH RESPECT TO PENDING ADVERSARY PROCEEDING AND WITH RESPECT TO THE MOTIONS FILED BY BEPCO, L.P. F/K/A BASS ENTERPRISES PRODUCTION COMPANY

AND NOW, this 10th day of October 2006, for the reasons stated on the record at the hearing held on October 4, 2006 in connection with (i) the pre-trial conference in *Santa Fe Minerals, Inc. v. BEPCO, L. P. f/k/a Bass Enterprises Production Company*, Adv. No. 06-50822 (the "Adversary Proceeding") and (ii) the *Motion for Order (A) Shortening and Limiting Notice of Motion of BEPCO. L. P. F/K/A Bass Enterprises Production Company, For Modification of the Automatic Stay Pursuant to 11 U.S.C. § 362 and Motion of BEPCO. L. P. F/K/A Bass Enterprises Production Company, for Order (I) Dismissing Debtors' Chapter 11 Cases for Bad Faith, Cause Under 11 U.S.C. § 1112(b) and Ineligibility Under 11 U.S.C. § 109, (II) Dismissing or Suspending Debtors' Chapter 11 Cases under 11 U.S.C. § 305(a)(1), (III) Converting Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. § 1112(b), (IV) Appointing a Trustee Pursuant to 11 U.S.C. § 1104(a), or, Alternatively, (B) Lifting the Automatic Stay Imposed by § 362 of the Bankruptcy Code on an Interim Basis* (Docket No. 25), it is hereby ORDERED

1

1. A hearing on Bass' motion to dismiss based on an alleged bad faith filing by the Debtors (the "Motion to Dismiss") shall be heard on October 19, 2006, commencing at 9:00 a.m.

2. The motion to be filed by GlobalSanta Fe Corporation, GlobalSantaFe Corporate Services, Inc. and Entities Holdings, Inc. (collectively, "GlobalSantaFe") to intervene in the Adversary Proceeding ("Motion to Intervene") shall be heard on October 19, 2006, commencing at 9:00 a.m.

3. Responses to either the Motion to Dismiss or the Motion to Intervene shall be filed and served by October 13, 2006.

4. Replies in connection with either the Motion to Dismiss or the Motion to Intervene shall be filed and served by October 17, 2006.

5. Debtors may notice hearings on their (i) *Motion for Order Authorizing Debtors to Enter into Management Agreement and to Incur Credit Pursuant to 11 U.S.C. § 364(C)(1)* (Docket No. 34) and (ii) *Application for Order Pursuant to 11 U.S.C. Section 327(E) and Federal Rule of Bankruptcy Procedure 2014 Authorizing Debtors in Possession to Retain Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P. as Special Counsel* (Docket No. 35), for October 19, 2006, commencing at 9:00 a.m., with a response deadline for each motion of October 17, 2006.

6. A final hearing on Debtors' request for declaratory and preliminary injunctive relief in the current Adversary Proceeding and on the motions filed by Bass on September 29, 2006 (Docket Nos. 21 and 23), other than the Motion to Dismiss, shall be held on December 4 and 5, 2006, commencing at 10:00 a.m.

Hon. Kevin Gross
United States Bankruptcy Judge

2