# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| 15375 MEMORIAL CORPORATION, et al. | ) | Case No. 06-10859(KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER

In anticipation of the three (3) day trial beginning September 17, 2007, and after a teleconference with the parties' respective attorneys, IT IS HEREBY ORDERED as follows:

1. The parties[1] have agreed that mediation ("the Mediation") may be helpful and, accordingly, are directed to mediate their dispute before The Honorable Kevin J. Carey, U.S.B.J., on August 28, 2007. Judge Carey will advise the parties of the procedures for the Mediation.

2. In the event the Mediation is unsuccessful, the Court will hold the pretrial conference on September 12, 2007, at 9:30 a.m. The pretrial order will be due to be filed on or before September 7, 2007, at 4:00 p.m.

3. Debtors have served Bass with a motion for summary judgment ("the Motion") directed to the validity of Bass's proof of claim; and the parties disagree on when the Court should require briefing and hear argument. With mediation scheduled to proceed within two weeks and the pretrial conference and trial shortly thereafter, it is unrealistic and unnecessary

---

[1] The "parties" are 15375 Memorial Corporation and SantaFe Minerals, Inc. ("Debtors"); GlobalSantaFe Corporation Entities Holdings, Inc., and GlobalSantaFe Corporate Services, Inc.; BEPCO, L.P. f/k/s Bass Enterprises Production Company ("Bass").

to divert Bass's attention and efforts away from preparations for the Mediation and trial. However, the Court's review of Debtors' brief in support of the motion for summary judgment leads to the conclusion that the summary judgment issue will should be resolved in conjunction with the post-trial ruling. Accordingly, the briefing on the summary judgment motion and argument, if any, will be deferred and scheduled in coordination with the post-trial briefing and argument, if any, with the scheduling to be addressed at the conclusion of the trial.

    4.    Debtors shall not file the Motion prior to the Mediation. Thereafter, the Motion shall be filed under seal to afford confidential treatment to the settlement agreement in the <u>Tebow</u> litigation brought in the Louisiana state court proceedings.

Dated: August 17, 2007

                                                        KEVIN GROSS, U.S.B.J.

cc: The Honorable Kevin J. Carey