# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 15375 MEMORIAL CORPORATION, *et al.*, | ) | Case No. 06-10859 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: D.I. 544 |

## ORDER GRANTING MOTION OF BEPCO, L.P., F/K/A BASS ENTERPRISES PRODUCTION COMPANY TO VACATE THE AUTOMATIC STAY

Upon consideration of the motion (the "Motion")[1] of BEPCO, L.P., f/k/a Bass Enterprises Production Company ("BEPCO") for entry of an Order for entry of an order pursuant to section 362(d)(1) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay in its entirety pending dismissal of the above-captioned cases in accordance with the Third Circuit's Mandate; and due and adequate notice of the Motion having been given; and it appearing that no other or further notice need be provided; and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The automatic stay of section 362 of the Bankruptcy Code is vacated in its entirety.

3. BEPCO is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

4. This Order shall be effective immediately upon entry, and any stay of orders provided for in Bankruptcy Rule 4001(a)(3) is expressly lifted.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: Wilmington, Delaware
March 10, 2010

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

3438904